**Nupa Agarwal**
**Attorney at Law**
**Bar Number 42545**
**PO Box 17275**
**Richmond, VA 23226**
**(804) 691-2655**
**(804) 308-8001 Fax**

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION

IN RE: Michael Q. Saunders        Case No. 17-31385        Chapter 13 Trustee Suzanne Wade

### MOTION FOR EXTENSION OF TIME TO FILE LISTS, SCHEDULES, AND/OR STATEMENTS AND CHAPTER 13 PLAN

The Debtor(s) move the Court as follows:

1. On March 16, 2017, the Debtor filed a voluntary petition in bankruptcy Chapter 13.

2. The Chapter 13 Plan Lists, Schedules and/or Statements are due on March 30, 2017.

3. The Debtor will need additional time to sign the Chapter 13 Lists, Schedules, and/or Statements and Chapter 13 Plan

4. The Debtor requests that this Court grant the extension of time, until April 13, 2017 to prepare and file the Chapter 13 Plan and until April 27, 2017 to file the Lists Schedules and Statements. The meeting of creditors is scheduled for May 4, 2017 @ 9:00AM.

By: /s/ Nupa Agarwal
Nupa Agarwal

Any interested parties objecting to the extension of time shall file written objections with the Court within 7 business days after service of the Motion by the Debtor(s).

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Motion for Extension of Time was served upon the standing trustee, all creditors of interest, and all necessary parties electronically, or by mailing a copy to each party.

Date: March 30, 2017                /s/ Nupa Agarwal
Nupa Agarwal
Attorney for Debtor(s)